IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN MCCURDY, | § | |
| | § | |
| Defendant Below, | § | No. 185, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2209000664 (N) |
| | § | |
| Appellee. | § | |

Submitted: February 19, 2025
Decided: March 10, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed. Regarding the claim that the police failed to corroborate the anonymous tip, we find that the tip was sufficiently corroborated by the canine open-air sniff detecting illegal drugs in the defendant's storage unit. The canine sniff supported probable cause that an illegal offense had been committed.[1] Otherwise, we affirm on the basis of and for the reasons stated in the court's July 28, 2023 transcript ruling.

---

[1] *LeGrande v. State*, 947 A.2d 1103, 1111 (Del. 2008) (citing *Florida v. J.L.*, 529 U.S. 266, 272 (2000) (holding that independent police work must corroborate an "anonymous tipster's assertion of illegality").

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Chief Justice